## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Ardell Levert Jenkins, | Civil No. 20-cv-0788 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Mark Zuckerber, et al., | |
| Defendants. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated April 1, 2020 [Doc. No. 3], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The application to proceed *in forma pauperis* [Doc. No. 2] is **DENIED** as moot.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 23, 2020                                s/Susan Richard Nelson
                                                    SUSAN RICHARD NELSON
                                                    United States District Judge